UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-80696-CV-MIDDLEBROOKS

ROBERT BEST,

    Plaintiff,

v.

A T ASSOCIATES, ANDREW LUCHEY,
and EVELYN LOONEY,

    Defendants.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court *sua sponte*. On July 9, 2018, I granted Plaintiff's Motion for leave to proceed *in forma pauperis* and dismissed Plaintiff's Complaint for failure to state a claim. (DE 7). Plaintiff was given until July 20, 2018 to file an amended Complaint. Because Plaintiff has not filed an amended complaint, this action will be dismissed without prejudice and the case closed. As stated in the Order dismissing Plaintiff's Complaint, Plaintiff's allegations may give rise to a cause of action. Therefore, it bears noting that this dismissal without prejudice does not bar Plaintiff from pursuing his claims in a future action. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 23 day of July, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record